2019R01127/DAF/BAW/ml

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Noel L. Hillman, U.S.D.J. |
| v. | : | Crim. No. 20-      (NLH) |
| DONAVON OLIPHANT,<br>    a/k/a "Donovan Oliphant," | : | ABANDONMENT AND WAIVER<br>OF RIGHTS TO CERTAIN SEIZED |
| Defendant. | : | PROPERTY |

WHEREAS, on or about *August 21 and 28, 2020*, defendant DONAVON OLIPHANT, a/k/a "Donovan Oliphant" pleaded guilty pursuant to a plea agreement, pursuant to which he also consented and agreed to forfeit and abandon to federal, state, and/or local law enforcement all of his right, title, and interest in the Hewlett Packard (HP) Pavilion x2 laptop bearing serial number 5CG5203JP2 seized on or about October 15, 2019 (the "Property");

WHEREAS, based upon the plea agreement, the defendant waives, abandons, and surrenders all of his right, title, and interest in the Property; will not challenge in any way his waiver, abandonment, and surrender of the Property, including any and all procedural challenges such as the right to any further notice; and agrees and consents to the lawful disposition, including destruction, of the Property by federal, state, and/or local law enforcement; and

WHEREAS, the defendant further agrees that this Abandonment and Waiver of Rights is final and unappealable.

IT IS SO ORDERED.

_____
Hon. Noel L. Hillman, U.S.D.J.

The undersigned hereby consent to
the form and entry of this Order:

CRAIG CARPENITO
United States Attorney

_____                    Dated: July 20, 2020
By: DANIEL A. FRIEDMAN
        Assistant United States Attorney

_____                    Dated: 8/18/2020
MARTIN I. ISENBERG, ESQ.
Attorney for Defendant Donavon Oliphant

_____                    Dated: 8/18/2020
DONAVON OLIPHANT, a/k/a "Donovan Oliphant"
Defendant